IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

08 CV 02152

| | |
|---|---|
| BARRACK RODOS & BACINE, | Civil Action No. _____ |
| Plaintiff, | |
| v. | RULE 7.1 STATEMENT |
| BALLON STOLL BADER AND NADLER, P.C., | |
| Defendant. | |

RECEIVED
MAR 04 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Barrack, Rodos & Bacine (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Dated: February 29, 2008

BARRACK, RODOS & BACINE

By: _____
William J. Ban (WB0382)
1350 Broadway
Suite 1001
New York, NY 10018
(212) 688-0782

and

Daniel E. Bacine
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

*Attorneys for Plaintiff*