IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| BARRACK RODOS & BACINE, | : | Civil Action No. 08 CV 02152 (PKL) |
| Plaintiff, | : | |
| v. | : | **ELECTRONICALLY FILED** |
| BALLON STOLL BADER AND NADLER, P.C., | : | |
| Defendant. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, William J. Ban, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing motion for preliminary injunction and memorandum in support thereof, together with the declaration of Daniel E. Bacine and exhibits attached thereto, has been served this 4th day of March, 2008, upon the defendant, via overnight service, addressed as follows:

Ballon Stoll Bader & Nadler, P.C.
1450 Broadway, 14th Floor
New York, NY 10018

/s/
William J. Ban