USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRACK RODOS & BACINE, : | Civil Action No. 08 CV 02152 (PKL) |
| Plaintiff, : | |
| v. : | |
| BALLON STOLL BADER AND NADLER, P.C., : | **PROPOSED ORDER FOR** |
| : | **ADMISSION PRO HAC VICE** |
| Defendant. : | |

Upon the motion of William J. Ban, counsel for plaintiff in the above-captioned case, and his affidavit in support thereof;

IT IS HEREBY ORDERED that

> Daniel E. Bacine
> Barrack, Rodos & Bacine
> 3300 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19103
> Telephone: (215) 963-0600
> Fax: (215) 963-0838
> Email: dbacine@barrack.com

is admitted to practice *pro hac vice* as counsel for plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has paid the pro hac vice fee to the Clerk of Court.

Dated: __3/13__, 2008

_____
United States District/Magistrate Judge