IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRACK RODOS & BACINE, | Civil Action No. 08 CV 02152 (PKL) |
| Plaintiff, | |
| v. | **ELECTRONICALLY FILED** |
| BALLON STOLL BADER AND NADLER, P.C., | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I, William J. Ban, a member of the bar of this Court, hereby certify that a true and correct copy of the foregoing Reply Memorandum of Law in Further Support of Motion for Preliminary Injunction, has been electronically filed with the Court through the CM/ECF system this 13th day of March, 2008, and served upon the defendant, via electronic mail, addressed as follows:

>Susan Schneiderman, Esquire
>Ballon Stoll Bader and Nadler, P.C.
>sschneiderman@ballonstoll.com


>/s/
>William J. Ban