UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BARRACK, RODOS & BACINE,

                         Plaintiff,

                                              Case No. 08 CV 02152 (PKL)

               -against-

                                              **<u>Defendant's Rule 7.1 Statement</u>**

BALLON STOLL BADER & NADLER, P.C.,

                         Defendant.
------------------------------------------------------------x

          Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local

General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to

evaluate possible disqualification or recusal, the undersigned counsel for defendant

Ballon Stoll Bader & Nadler, P.C., a private, non-governmental party, certifies that said

party has no publicly held corporate parents, affiliates and/or subsidiaries.

Dated: New York, New York
          April 2, 2008

                                   BALLON STOLL BADER & NADLER, P.C.
                                   *Attorneys for Ballon Stoll Bader & Nadler, P.C.*


                         By: _____
                                   Susan Schneiderman, Esq. (SS- 9840)
                                   1450 Broadway
                                   New York, New York 10018
                                   212-575-7900
                                   sschneiderman@ballonstoll.com