UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BARRACK, RODOS & BACINE,

                Plaintiff,

                Case No. 08 CV 02152 (PKL)

   -against-

BALLON STOLL BADER & NADLER, P.C.,    **NOTICE OF APPEARANCE**
                **AND OF ADDRESS CHANGE**

                Defendant.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE, that the undersigned appears herein on behalf of the Defendant, Ballon Stoll Bader & Nadler, P.C. All papers required to be served or transmitted herein are to be served upon and/or transmitted to the undersigned as counsel to the Defendant.

      PLEASE TAKE FURTHER NOTICE, that as of Monday, April 7, 2008, the address for the Defendant, Ballon Stoll Bader & Nadler P.C. and undersigned counsel will be:

           BALLON STOLL BADER & NADLER, P.C.
           729 Seventh Avenue
           17th Floor
           New York, New York 10019

Phone, fax and e-mail will remain unchanged.

Dated: New York, New York
       April 2, 2008

           BALLON STOLL BADER & NADLER, P.C.
           *Attorneys for Ballon Stoll Bader & Nadler, P.C.*

           By: _____
                Susan Schneiderman, Esq. (SS- 9840)
           1450 Broadway
           New York, New York 10018
           212-575-7900
           sschneiderman@ballonstoll.com

{SS0001;1}

{SS0001;1}