UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BARRACK, RODOS & BACINE,

                Plaintiff,

                Case No. 08 CV 02152 (PKL)

   -against-

                **NOTICE OF APPEARANCE**
BALLON STOLL BADER & NADLER, P.C.,   **AND OF ADDRESS CHANGE**

                Defendant.
-----------------------------------------------------------x

      PLEASE TAKE NOTICE, that the undersigned appears herein on behalf of the Defendant, Ballon Stoll Bader & Nadler, P.C.  All papers required to be served or transmitted herein are to be served upon and/or transmitted to the undersigned as counsel to the Defendant.

      PLEASE TAKE FURTHER NOTICE, that as of Monday, April 7, 2008, the address for the Defendant, Ballon Stoll Bader & Nadler P.C. and undersigned counsel will be:        BALLON STOLL BADER & NADLER, P.C.
                               729 Seventh Avenue
                               17th Floor
                               New York, New York  10019

   Phone, fax and e-mail will remain unchanged.

Dated: New York, New York
       April 2, 2008

                               BALLON STOLL BADER & NADLER, P.C.
                               *Attorneys for Ballon Stoll Bader & Nadler, P.C.*

                               By: _____
                                  Susan Schneiderman, Esq. (SS- 9840)
                               1450 Broadway
                               New York, New York 10018
                               212-575-7900
                               sschneiderman@ballonstoll.com

{SS0001;1}

{SS0001;1}