ABC PROCESS SERVICE INC.
Attorney:
ARNOLD GERSHON ESQ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRACK RODOS & BACINE (PLAINTIFF) | Index No   2152/08 |
| against | Date Filed   03/04/2008 |
| BALLON STOLL BADER AND NADLER, P.C. (DEFENDANT) | Office No AG011450 |

**STATE OF NEW YORK, COUNTY OF NEW YORK              SS:**

SCHADRAC LAGUERRE       being duly sworn, deposes and says

that he is over the age of 18 years, not a party to the action, and resides in the State of New York:

That on the   12   day of   March   2008 at   12:30 PM , at

1450 BROADWAY, 14 FL;NEW YORK, NY 10018-2268

he served the annexed SUMMONS IN A CIVIL ACTION & VERIFIED COMPLAINT

upon BALLON STOLL BADER AND NADLER, P.C.

in this action, by delivering to and leaving with said GAIL BROWN, MANAGING AGENT

a true copy thereof.

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

1. Sex FEMALE   Color BLACK   Hair BLACK   app.age 40 YRS   app.ht 5'8"   app.wt 160 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION & VERIFIED COMPLAINT.

SWORN to before me this   7

day of   April   2008

SCHADRAC LAGUERRE
License No. 1024952                    :jk

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011