IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

BARRACK RODOS & BACINE,

    Plaintiff,

v.

BALLON STOLL BADER AND NADLER, P.C.,

    Defendant.

Civil Action No. 08 CV 02152 (PKL)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the time within which the parties shall make initial disclosures pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure is extended to April 30, 2008.

Dated: April 15, 2008

BARRACK, RODOS & BACINE

By: _____
William J. Ban (WB0382)
1350 Broadway, Suite 1001
New York, NY 10018
(212) 688-0782

and

Daniel E. Bacine
BARRACK RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 963-0600

*Attorneys for Plaintiff*

4/21/08

SO ORDERED:

_____
U.S.D.J.

BALLON STOLL BADER & NADLER, P.C.

By: *Susan Schneiderman* /mmb (by permission)
Susan Schneiderman
1450 Broadway, 14th Floor
New York, NY 10018
(212) 575-7900

*Attorneys for Defendant*