IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRACK RODOS & BACINE, | Civil Action No. 08 CV 02152 (PKL) |
| Plaintiff, | |
| v. | **ELECTRONICALLY FILED** |
| BALLON STOLL BADER AND NADLER, P.C., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Daniel E. Bacine, hereby certify that a true and correct copy of the foregoing Notice of Motion and Memorandum in Support of Plaintiff's Motion to Dismiss Defendant's Counterclaim has been served this 29th day of April, 2008, upon defendant's counsel, via overnight service, addressed as follows:

> Susan Schneiderman, Esquire
> Ballon Stoll Bader & Nadler, P.C.
> 729 Seventh Avenue, 17th Floor
> New York, NY 10019

/s/
Daniel E. Bacine