UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BARRACK, RODOS & BACINE,

      Plaintiff,

    Case No. 08 CV 02152 (PKL)

  -against-

BALLON STOLL BADER & NADLER, P.C.,  **STIPULATION EXTENDING**
               **BRIEFING DATES**
      Defendant.
----------------------------------------------------------x

  It is hereby stipulated and agreed by and between the undersigned counsel to each of the parties hereto, and subject to the Court's approval, as follows:

  1. The time within which the Defendant must respond to Plaintiff's motions for Dismissal and for Summary Judgment is extended to and including June 13, 2008.

  2. The time within which the Plaintiff may submit its Reply is extended to and including June 27, 2008.

Dated: June 12, 2008

BARRACK RODOS & BACINE
*Attorneys for Plaintiff*

By:_____
  Daniel Bacine (DB8073)
  William Ban (WB0382)
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215)963-0600

BALLON STOLL BADER & NADLER, P.C.
*Attorneys for Defendant*

By: _____
  Susan Schneiderman (SS9840)
729 Seventh Avenue, 17th Floor
New York, New York 10019
212-575-7900
(fax) 212-764-5060
sschneiderman@ballonstoll.com

Approved: _____
    USDJ

{SS0004;1}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BARRACK, RODOS & BACINE,

                Plaintiff,

      -against-

BALLON STOLL BADER & NADLER, P.C.,

               Defendant.
------------------------------------------------------------x

Case No. 08 CV 02152 (PKL)

**STIPULATION EXTENDING BRIEFING DATES**

      It is hereby stipulated and agreed by and between the undersigned counsel to each of the parties hereto, and subject to the Court's approval, as follows:

      1.     The time within which the Defendant must respond to Plaintiff's motions for Dismissal and for Summary Judgment is extended to and including June 13, 2008.

      2.     The time within which the Plaintiff may submit its Reply is extended to and including June 27, 2008.

Dated: June 12, 2008

| BARRACK RODOS & BACINE<br>*Attorneys for Plaintiff* | BALLON STOLL BADER & NADLER, P.C.<br>*Attorneys for Defendant* |
|---|---|
| By: _____<br>Daniel Bacine (DB8073)<br>William Ban (WB0382)<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215)963-0600 | By: _____<br>Susan Schneiderman (SS9840)<br>729 Seventh Avenue, 17th Floor<br>New York, New York 10019<br>212-575-7900<br>(fax) 212-764-5060<br>sschneiderman@ballonstoll.com |

Approved: _____
              USDJ

{SS0004;1}