IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BARRACK RODOS & BACINE, | Civil Action No. 08 CV 02152 (PKL) |
| Plaintiff, |  |
| v. | **ELECTRONICALLY FILED** |
| BALLON STOLL BADER AND NADLER, P.C., |  |
| Defendant. |  |

## CERTIFICATE OF SERVICE

I, Daniel E. Bacine, hereby certify that a true and correct copy of the foregoing Reply Memorandum in Further Support of Plaintiff's Motion for Summary Judgment on the Complaint and on Defendant's First Counterclaim and Motion to Dismiss Defendant's Counterclaim, has been electronically filed with the Court through the CM/ECF system this 27th day of June, 2008, and served upon defendant's counsel, via electronic mail, addressed as follows:

>Susan Schneiderman, Esquire
>Ballon Stoll Bader and Nadler, P.C.
>sschneiderman@ballonstoll.com

>/s/
>Daniel E. Bacine