IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| BARRACK RODOS & BACINE, | : | Civil Action No. 08 CV 02152(PKL) |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : | **ELECTRONICALLY FILED** |
|  | : |  |
| BALLON STOLL BADER AND NADLER, P.C., | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**RESPONSE TO DEFENDANT'S ADDITIONAL STATEMENT
OF FACTS PURSUANT TO LOCAL RULE 56.1**

Barrack Rodos & Bacine ("BR&B") submits this response to Ballon Stoll Bader and Nadler,

P.C.'s ("Ballon") additional statements of facts pursuant to Local Rule 56.1 ("Rule 56.1").  Ballon's

additional statements are contained in a document styled as a "Combined Declaration and Responsive

Rule 56.1 Statement."  BR&B does not believe that this combined submission is appropriate under

either the letter or spirit of Local Rule 56.1, which does not contemplate or authorize a party to submit

such combined submissions.  Ballon appears to be employing its additional statements not to rebut facts

relevant to BR&B's summary judgment motion, but to assert purported facts that relate to BR&B's

motion to dismiss, which is not a proper purpose for additional facts submitted under Local Rule 56.1.

Dated:  June 27, 2008

Respectfully submitted,
**BARRACK, RODOS & BACINE**
William J. Ban (WB0382)
1350 Broadway, Suite 1001
New York, NY 10018
(212) 688–0782

and

___/s/ Daniel E. Bacine_____
Daniel E. Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
(215) 963-0600

*Attorneys for Plaintiff*