IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BARRACK RODOS & BACINE, | Civil Action No. 08 CV 02152 (PKL) |
| Plaintiff, |  |
| v. | **ELECTRONICALLY FILED** |
| BALLON STOLL BADER AND NADLER, P.C., |  |
| Defendant. |  |

## **CERTIFICATE OF SERVICE**

I, Daniel E. Bacine, hereby certify that a true and correct copy of the foregoing Response to Defendant's Additional Statement of Facts Pursuant to Local Rule 56.1., has been electronically filed with the Court through the CM/ECF system this 27th day of June, 2008, and served upon defendant's counsel, via electronic mail, addressed as follows:

> Susan Schneiderman, Esquire
> Ballon Stoll Bader and Nadler, P.C.
> sschneiderman@ballonstoll.com

/s/
Daniel E. Bacine